UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTONIO AGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:10CV00184 SNLJ |
| ) | |
| JEFF NORMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's January 19, 2011 Reply Motion to Denial of Preliminary Injunction (#12) and January 24, 2011 letter to the clerk requesting that his "Reply Motion" be considered a Motion Under Rule 59(e) of the Federal Rules of Civil Procedure (#13).

Briefly, plaintiff alleges that he has been confined in administrative segregation since May 2010 under an "investigation" that has not yet taken place. Plaintiff alleges that defendants have not told plaintiff what the investigation is about. Furthermore, plaintiff alleges that defendants have indicated they plan to keep him in administrative segregation indefinitely. Plaintiff's recent motion to reconsider indicates that plaintiff will be harmed because he is up for a parole hearing on March 23, 2011, and, he believes, the parole board will fail to consider him for parole because he is in administrative segregation.

Even if true, plaintiff's claim that he will be damaged by denial of parole is not ripe. The Court declines to reconsider its January 12, 2011 Order (#11) denying plaintiff's motion for temporary restraining order and preliminary injunction.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (#12, #13) of the Court's January 12, 2011 Order is **DENIED**.

Dated this  8th  day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE